# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2154

_____

United States of America,          *
                                    *
            Appellee,               *
                                    *   Appeal from the United States
      v.                            *   District Court for the
                                    *   Northern District of Iowa.
Francisco Javier Martinez-Briseno,  *       [UNPUBLISHED]
also known as Sabas Figueroa Briceno, *
also known as Francisco Figueroa,   *
                                    *
            Appellant.              *

_____

Submitted:  December 3, 2002

Filed:  December 6, 2002

_____

Before WOLLMAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Francisco Martinez-Briseno pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a) and (b), and the district court[1] sentenced him to 77 months of imprisonment and 2 years of supervised release. On appeal, counsel has moved to withdraw under Anders v. California, 386 U.S. 738

_____

[1]The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

(1967), and has filed a brief raising the issues whether Martinez-Briseno admitted at his guilty-plea hearing each of the elements of the offense, and whether his sentence was within the applicable Guidelines range, given the facts in the presentence report (PSR).

Upon careful review, we find that Martinez-Briseno admitted during his guilty-plea hearing each element of the offense of illegal reentry, and we find no error in the Guidelines range computed in the PSR and adopted by the district court. Moreover, following our independent review, see Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.